```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 21040
    GERALD SHAW
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0911

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/25/2005 and was confirmed 07/11/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  36.16% from remaining funds.

    The case was paid in full 06/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
SILVERLEAF RESORTS INC     SECURED NOT I      12733.56         .00           .00
WESTERN AVENUE AUTO SALE   SECURED             3025.12      155.45       3025.12
WESTERN AVENUE AUTO SALE   UNSECURED         NOT FILED         .00           .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED         .00           .00
ASSET ACCEPTANCE CORP      UNSECURED OTH      1731.47         .00        634.12
CITY OF CHICAGO PARKING    UNSECURED OTH      4380.00         .00       1583.85
CITY OF CHICAGO PARKING    NOTICE ONLY      NOT FILED         .00           .00
CITY OF CHICAGO BUREAU P   NOTICE ONLY      NOT FILED         .00           .00
COMCAST                    UNSECURED         NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00           .00
COOK COUNTY STATES ATTY    UNSECURED         NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED           770.44         .00        278.60
CROSS COUNTRY BANK         NOTICE ONLY      NOT FILED         .00           .00
DIRECTV                    UNSECURED         NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED           917.20         .00        331.67
PREMIER BANCARD CHARTER    UNSECURED           427.97         .00        154.76
HONOR FINANCE CORP         SECURED NOT I         .00          .00           .00
NEXTEL COMMUNICATIONS      UNSECURED         NOT FILED         .00           .00
NEXTEL COMMUNICATIONS      NOTICE ONLY      NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00          .00           .00
SAFEWAY INC                UNSECURED         NOT FILED         .00           .00
ST JAMES HOSPITAL & HEAL   UNSECURED         NOT FILED         .00           .00
SUN CASH                   UNSECURED         NOT FILED         .00           .00
TCF BANK                   UNSECURED         NOT FILED         .00           .00
TCF NATIONAL BANK          NOTICE ONLY      NOT FILED         .00           .00
TRIAD FINANCIAL CORP       UNSECURED         12255.10         .00       4431.57
AT & T BANKRUPCTY          UNSECURED           680.11         .00        245.93
JAMES CHESS                NOTICE ONLY      NOT FILED         .00           .00
HONOR FINANCE CORP         UNSECURED OTH      3337.52         .00       1199.00
LEDFORD & WU               DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                       919.93
DEBTOR REFUND              REFUND                                            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 21040 GERALD SHAW
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE               15,660.00

PRIORITY                                            .00
SECURED                                        3,025.12
    INTEREST                                      155.45
UNSECURED                                      8,859.50
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                             919.93
DEBTOR REFUND                                       .00
                     ---------------      ---------------
TOTALS                15,660.00               15,660.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 09/25/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE